**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:06-cr-69 |
| | ) | |
| **MYRON BAKER,** | ) | **Chief Judge Curtis Collier** |
|     also known as "Flush," | ) | |
|     also known as "Big," | ) | |
| **RODNEY BATES,** | ) | |
|     also known as Chuck Bates, | ) | |
| **RODERICK BATES,** | ) | |
|     also known as Eric Bates, | ) | |
| **ALONZO TRAMMELL,** | ) | |
|     also known as "Jap," | ) | |
| **FITZGERALD BIBBINS,** | ) | |
|     also known as Fitzgerald Billups, | ) | |
| **RANDALL TAYLOR,** | ) | |
|     also known as "Hollywood," | ) | |
| **MAURICE JONES,** | ) | |
|     also known as "Yellow Boy," | ) | |
| **LENITA DAVE,** | ) | |
|     also known as Lenita Calloway, | ) | |
|     also known as Nita Dave, | ) | |
| **FREGINALD CONYERS,** | ) | |
|     also known as Fred Conyers | ) | |
| **JERMAINE BAKER,** | ) | |
|     also known as "Maine," | ) | |
| **LEONTIA JASON BLACKMON,** | ) | |
|     also known as "Tater Bug," | ) | |
| **JEFF SPIVEY,** | ) | |
|     also known as "Jazzy" | ) | |

## ORDER

Before the Court are the Government's Motion for Continuance of Trial Date (Court File No. 100) and Defendant Fitzgerald Bibbins' ("Defendant Bibbins") Motion to Continue Plea, Motion, and Trial Dates (Court File No. 99). The trial is currently set on September 5, 2005. Defendant Bibbins entered into a plea agreement with the Government on August 29, 2006. As a result of Defendant Bibbins' plea agreement, all apprehended defendants in this case have entered into plea

agreements with the Government. Thus, Defendant Bibbins' Motion to Continue Plea, Motion, and Trial Dates (Court File No. 99) and the Government's Motion for Continuance of Trial Date (Court File No. 100) are **DENIED** as **MOOT.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**