UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA        )
                                )
                                )        Case No. 1:06-CR-69
v.                              )
                                )        Chief Judge Curtis L. Collier
                                )
RODNEY BATES                    )

**O R D E R**

On December 4, 2007, a mental competency hearing was held for Defendant Rodney Bates ("Defendant") before United States Magistrate Judge Susan K. Lee. At the hearing, Dr. Jason V. Dana, Forensic Licensed Clinical Psychologist, testified Defendant did not suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his defense. Defendant did not contest this finding, nor did he call any other witnesses nor provide evidence to the contrary.

Based upon this information, Magistrate Judge Lee has submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 241). This Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's R&R (Court File No. 241), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**