# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

FILED

2008 NOV -4 P 5: 20

U.S. DISTRICT COURT
EASTERN DIST. TENN.

**FROM:** U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Rodney Bates - Case No. 1:06-cr-69

**Name of Expert or Investigator:** Trey Aycock, private investigator.

**Address:** 1010 Market Street, Suite 204, Chattanooga, Tennessee 37402.

**Type of Expert:** Additional investigative services are needed to adequately prepare for the trial of this case. Further investigative services include investigation concerning factual issues, locating and serving defense witnesses with subpoenas, obtaining complete documentation of defendant's prior record, and assisting at trial. Counsel has a particular need for investigative services because the alleged crime, potential witnesses and records are located in Hamilton County, Tennessee while counsel is located in Cleveland, Tennessee [Doc. 278].

**Reason for Application:** On April 26, 2007, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. 202]. The reason for the application is set out in the attached Motion for Authorization of Additional Investigative Services up to a Total of Three Thousand Dollars and Supplemental Affidavit for Motion for Independent Investigator stating that further investigative services will require an additional cost of $1,400.00 for a total approved amount of $3,000.00.

**Estimated Compensation.** $3,000.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $1,400.00.

_____    _____
Chief U.S. District Judge Curtis L. Collier          Date

_____    _____
Honorable Alice M. Batchelder                        Date
U.S. Court of Appeals